WILLIS HON (SBN 309436)
whon@nossaman.com
Nossaman LLP
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438

*Attorney for Plaintiff*
*Asian Americans Advancing Justice – Asian Law Caucus*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

ASIAN AMERICANS ADVANCING JUSTICE – ASIAN LAW CAUCUS,

Plaintiff,

vs.

U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. DEPARTMENT OF STATE

Defendants.

Case No:

**COMPLAINT**

## INTRODUCTION

1. Plaintiff Asian American Advancing Justice – Asian Law Caucus ("ALC") brings this action against Defendants U.S. Department of Homeland Security, Immigration and Customs Enforcement ("ICE") and U.S. Department of State ("DOS") to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA").

## JURISDICTION

2. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

## VENUE AND INTRADISTRICT ASSIGNMENT

3. Venue is proper in this district pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1391(e).

4. Assignment to the San Francisco division is proper pursuant to Local Rule 3-2(c) and (d) because a substantial portion of the events giving rise to this action occurred in this district and division, where Plaintiff is headquartered.

## PARTIES

5. Plaintiff ALC is a not-for-profit corporation established under the laws of the State of California, based in San Francisco, California. ALC is a public interest organization that defends the legal, civil, and human rights of members of Asian American and Pacific Islander communities, with a focus on low-income and immigrant communities. ALC works to achieve its mission in a number of program areas, including immigration and deportation defense, through (1) provision of direct legal services, (2) strategic impact litigation, and (3) community education and organizing. Accordingly, a major component of ALC's work is to disseminate information of public interest both to Asian American and Pacific Islander communities and to the broader public. ALC currently represents and provides legal consultations to a number of Vietnamese nationals on their immigration cases.

6. Defendant ICE is an agency of the United States Government within the meaning of 5 U.S.C. § 552(f)(1). ICE is headquartered at 500 12th Street SW, Washington, D.C. 20536.

On information and belief, Defendant ICE has possession, custody, and control of records to which Plaintiff seeks access.

7. Defendant DOS is an agency of the United States Government within the meaning of 5 U.S.C. § 552(f)(1). Defendant DOS is headquartered at 2201 C Street NW, Washington, D.C. 20520. On information and belief, Defendant DOS has possession, custody, and control of records to which Plaintiff seeks access.

**STATEMENT OF FACTS**

8. Plaintiff is co-counsel for Petitioners in *Trinh v. Homan*, No. 18-cv-00316-CJC-GJS (C.D. Cal. filed Feb. 22, 2018), a class action challenging the indefinite and prolonged detention of Vietnamese immigrants who entered the United States before July 12, 1995 and have been ordered removed ("pre-1995 Vietnamese immigrants"). Discovery has closed in *Trinh* and the primary claim has been resolved at summary judgment.

9. Respondents in *Trinh* informed Plaintiff that in late 2020, the United States and Vietnam entered into a memorandum of understanding that implicates the repatriation of pre-1995 Vietnamese immigrants ("2020 Vietnam MOU"). However, Respondents in *Trinh* have represented that the 2020 Vietnam MOU contains a confidentiality provision, and have refused to disclose a copy even subject to a stipulated protective order.

10. Plaintiff therefore submitted requests for records from Defendants pursuant to the FOIA to obtain a copy of the 2020 Vietnam MOU. The 2020 Vietnam MOU is of particular interest to Plaintiff and the constituencies it assists because depending on the provisions contained therein, pre-1995 Vietnamese immigrants may now face an elevated risk of being deported.

11. On January 4, 2021, Plaintiff submitted a letter via e-mail to Defendant ICE requesting a copy of the 2020 Vietnam MOU pursuant to the FOIA ("ICE FOIA Request"). A true and correct copy of the ICE FOIA Request is attached hereto as **Exhibit A** and incorporated by this reference as if fully set forth herein.

12. That same day, Plaintiff also submitted a separate request pursuant to the FOIA for a copy of the 2020 Vietnam MOU from Defendant DOS through its FOIA Request Electronic

Submission website ("DOS FOIA Request"). A true and correct copy of the e-mail receipt for the DOS FOIA Request sent from Defendant DOS to Plaintiff on January 4, 2021 is attached hereto as **Exhibit B** and incorporated by this reference as if fully set forth herein.

13. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), the FOIA requires each agency to determine whether to comply with a FOIA request within twenty (20) working days and to notify Plaintiff immediately of its determination, the reasons therefor, and the right to appeal any adverse determination.

14. The FOIA allows an agency to extend the time limit for issuance of a determination by ten (10) additional working days when the agency provides written notice to the requesting party, sets forth "unusual circumstances" for the extension, and provides a date by which the agency expects to dispatch its determination. 5 U.S.C. § 552(a)(6)(B)(i).

15. On January 21, 2021, Defendant DOS sent Plaintiff an email acknowledging receipt of the DOS FOIA Request by its Office of Information Programs and Services on January 5, 2021. The January 21, 2021 email from Defendant DOS indicated that it had assigned the DOS FOIA Request case number F-2021-02562. Defendant DOS's January 21, 2021 email also stated that "[t]his Office will not be able to respond within the 20 days provided by the statute due to 'unusual circumstances.'" A true and correct copy of Defendant DOS's January 21, 2021 email is attached hereto as **Exhibit C** and incorporated by this reference as if fully set forth herein.

16. On February 24, 2021, Defendant ICE sent Plaintiff an email acknowledging receipt of the ICE FOIA Request by its Freedom of Information Act Office on January 4, 2021. The February 24, 2021 email from Defendant ICE indicated that it had assigned the ICE FOIA Request case number 2021-ICFO-30499. Defendant ICE's February 24, 2021 e-mail also stated that "As your request seeks numerous documents that will necessitate a thorough and wide-ranging search, ICE will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B)." A true and correct copy of Defendant ICE's February 24, 2021 email is attached hereto as **Exhibit D** and incorporated by this reference as if fully set forth herein.

17. As of the date of this complaint, Defendants still have not provided a copy of the requested 2020 Vietnam MOU nor has either Defendant identified a date certain by which it intends to provide its respective determination on each FOIA request.

18. As of the date of this complaint, Defendants have failed to: (i) determine whether to comply with the request; (ii) notify Plaintiff of any such determination or the reasons therefor; (iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce the requested records or otherwise demonstrate that the requested records are exempt from production.

19. Pursuant to the combined (30) working days statutory time limit under 5 U.S.C. § 552(a)(6)(A)(i) and 5 U.S.C. § 552(a)(6)(B), Defendant DOS's determination on the DOS FOIA Request was due by February 17, 2021 at the latest and Defendant ICE's determination on the ICE FOIA Request was due by February 18, 2021 at the latest. Both Defendants' failure to make their respective determinations within the statutory time limit violates the FOIA.

20. Because Defendants have failed to comply with the time limits set forth in 5 U.S.C. § 552(a)(6)(A)(i) and 5 U.S.C. § 552(a)(6)(B), Plaintiff is deemed to have exhausted any and all administrative remedies pursuant to 5 U.S.C. § 552(a)(6)(C).

## FIRST CLAIM FOR RELIEF

**(Violation of FOIA, 5 U.S.C. § 552)**

21. Plaintiff realleges paragraphs 1 through 20 as if fully stated herein.

22. Defendants violated the FOIA by failing to make a determination on Plaintiff's FOIA Requests within the relevant time period in 5 U.S.C. § 552(a)(6)(A)(i) and 5 U.S.C. § 552(A)(6)(B).

23. Defendants are unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. § 552.

24. Plaintiff has a statutory right to receive a lawful determination from Defendants, as well as to promptly receive the underlying records it seeks.

25. Defendants have still not made their respective determination on Plaintiff's DOS FOIA Request and ICE FOIA Request describing the scope of the records each respective

agency intends to produce or withhold and the reasons for withholding any records. Defendants also have not informed Plaintiff that it may appeal any specific adverse determination within the relevant time period in 5 U.S.C. § 552(a)(6)(A)(i) and 5 U.S.C. § 552(A)(6)(B).

26. Plaintiff is being irreparably harmed by reason of Defendants' unlawful withholding of records responsive to the DOS FOIA Request and ICE FOIA Request, and Plaintiff will continue to be irreparably harmed unless Defendants are compelled to conform their conduct to the requirements of the law.

WHEREFORE, Plaintiffs pray that this Court:

1. Order Defendants to produce, by a date certain, any and all records responsive to Plaintiff ALC's DOS FOIA Request and ICE FOIA Request;

2. Enjoin Defendants from continuing to withhold any and all records responsive to the DOS FOIA Request and ICE FOIA Request;

3. Grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and

4. Grant Plaintiff such other relief as the Court deems just and proper.

Date: April 20, 2021

Respectfully submitted,

NOSSAMAN LLP
WILLIS HON

By: /s/ Willis Hon
Willis Hon

Attorney for Plaintiff
Asian Americans Advancing Justice – Asian Law Caucus

# Exhibit A




January 4, 2021

**Via Email**

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009
ICE-FOIA@dhs.gov

**Re: Freedom of Information Act Request**

Dear FOIA Officer:

This letter is a request under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, *et seq.*, submitted by Asian Americans Advancing Justice – Asian Law Caucus ("ALC"). ALC is a nonprofit, public interest organization that defends the legal, civil, and human rights of Asian and Pacific Islander communities, with a focus on low-income and immigrant communities. ALC intends to use the requested information to contribute to the public's understanding of government activities and not for commercial purposes.

On January 22, 2008, the governments of the United States and Vietnam signed an agreement regarding the repatriation of Vietnamese nationals who entered the United States on or after July 12, 1995 and were ordered removed. ALC has learned that in the second half of calendar year 2020, the governments of the United States and Vietnam signed an agreement regarding the repatriation of Vietnamese nationals who entered the United States before July 12, 1995 and were ordered removed. **Please provide a copy of the 2020 agreement between the governments of the United States and Vietnam regarding the repatriation of Vietnamese nationals who entered the United States before July 12, 1995 and were ordered removed.**

ALC anticipates that the fees associated with this request for a single document will be minimal and is willing to pay fees up to a maximum of $25. If the request is denied in whole or in part, please justify all redactions by reference to specific FOIA exemptions and release all segregable portions of otherwise exempt material.

If records are available in electronic form, please provide them in electronic form. Any non-electronic records may be mailed to: Jenny Zhao, Asian Americans Advancing Justice – Asian Law Caucus, 55 Columbus Avenue, San Francisco, CA 94111.

We look forward to receiving your response within twenty business days, as required under 5 U.S.C. § 552(a)(6)(A)(i). Thank you in advance for your attention to this matter. Please direct all questions regarding this request to Jenny Zhao by email at jennyz@advancingjustice-alc.org or by phone at (510) 754-6341.

Sincerely,

Jenny Zhao
Asian Americans Advancing Justice –
Asian Law Caucus

# Exhibit B

Asian Law Caucus Mail - FOIA Request Letter



**Jenny Zhao <jennyz@advancingjustice-alc.org>**

# FOIA Request Letter

**State Department FOIA** <noreply@mail.foia.state.gov> Mon, Jan 4, 2021 at 3:47 PM
To: jennyz@advancingjustice-alc.org

Thank you for filing your FOIA request online on 1/4/2021. Here is a review of your request.

The records I request can be described as follows:

Please provide a copy of the 2020 agreement between the governments of the United States and Vietnam regarding the repatriation of Vietnamese nationals who entered the United States before July 12, 1995 and were ordered removed.

The time period of my request is from 07/01/2020 to 12/31/2020

I am An individual seeking information for personal use and not for commercial use.

I am willing to pay $25 for my request.

My additional comments are as follows:

To clarify my response to the "Requester Category" question, I make this request on behalf of Asian Americans Advancing Justice - Asian Law Caucus ("ALC"), a nonprofit, public interest organization that defends the legal, civil, and human rights of Asian and Pacific Islander communities, with a focus on low-income and immigrant communities. ALC intends to use the requested information to contribute to the public's understanding of government activities and not for commercial purposes.

Contact Information
Ms. Jenny Zhao
55 Columbus Ave
San Francisco, California 94111
P: (510)754-6341
F: (415)896-1702
jennyz@advancingjustice-alc.org

# Exhibit C



**Jenny Zhao <jennyz@advancingjustice-alc.org>**

---

**Ref: F-2021-02562, Freedom of Information Act Acknowledgement**

---

**A_FOIAacknowledgement@groups.state.gov** <A_FOIAacknowledgement@groups.state.gov>
To: jennyz@advancingjustice-alc.org

Thu, Jan 21, 2021 at 8:35 AM

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

Ms. Zhao:

This email acknowledges receipt of your January 4, 2021, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Office of Information Programs and Services on January 5, 2021, for a copy of the 2020 agreement between the governments of the United States and Vietnam regarding the repatriation of Vietnamese nationals who entered the United States before July 12, 1995 and were ordered removed (Date Range for Record Search: From 7/1/2020 To 12/31/2020). Unless you advise otherwise, we will treat as non-responsive any compilations of publicly available news reports and any publicly available documents not created by the U.S. government, such as mass-distribution emails from news media. This Office assigned your request the subject reference number and placed it in the complex processing track where it will be processed as quickly as possible. See 22 CFR § 171.11(h).

This Office will not be able to respond within the 20 days provided by the statute due to "unusual circumstances." See 5 U.S.C. § 552(a)(6)(B)(i)-(iii). In this instance, the unusual circumstances include the need to search for and collect requested records from other Department offices or Foreign Service posts.

If you have any questions regarding your request, would like to narrow the scope or arrange an alternative time frame to speed its processing, or would like an estimated date of completion, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

**THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.**

# Exhibit D



Jenny Zhao <jennyz@advancingjustice-alc.org>

# ICE FOIA Request 2021-ICFO-30499

**ice-foia@dhs.gov** <ice-foia@dhs.gov> Wed, Feb 24, 2021 at 9:50 AM
To: jennyz@advancingjustice-alc.org

February 24, 2021

Jenny Zhao
Asian Americans Advancing Justice
55 Columbus Ave
San Francisco, CA 94111

**RE: ICE FOIA Case Number 2021-ICFO-30499**

Dear Ms. Zhao:

This acknowledges receipt of your January 4, 2021, Freedom of Information Act (FOIA) request to U.S. Immigration and Customs Enforcement (ICE), for a copy of the 2020 agreement between the governments of the United States and Vietnam regarding the repatriation of Vietnamese nationals who entered the United States before July 12, 1995 and were ordered removed. Your request was received in this office on January 4, 2021.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Per Section 5.5(a) of the DHS FOIA regulations, 6 C.F.R. Part 5, ICE processes FOIA requests according to their order of receipt. Although ICE's goal is to respond within 20 business days of receipt of your request, the FOIA does permit a 10- day extension of this time period. As your request seeks numerous documents that will necessitate a thorough and wide-ranging search, ICE will invoke a 10-day extension for your request, as allowed by Title 5 U.S.C. § 552(a)(6)(B). If you care to narrow the scope of your request, please contact our office. We will make every effort to comply with your request in a timely manner.

Provisions of the FOIA allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHS Interim FOIA regulations as they apply to non-commercial requesters. As a non-commercial requester, you will be charged 10 cents per page for duplication; the first 100 pages are free, as are the first two hours of search time, after which you will pay the per quarter-hour rate ($4.00 for clerical personnel, $7.00 for professional personnel, $10.25 for managerial personnel) of the searcher. We will construe the submission of your request as an agreement to pay up to $25.00. You will be contacted before any further fees are accrued.

We have queried the appropriate program offices within ICE for responsive records. If any responsive records are located, they will be reviewed for determination of releasability. Please be assured that one of the processors in our office will respond to your request as expeditiously as possible. We appreciate your patience as we proceed with your request.

Your request has been assigned reference number **2021-ICFO-30499**. Please refer to this identifier in any future correspondence. To check the status of an ICE FOIA/PA request, please visit http://www.dhs.gov/foia-status. Please note that to check the status of a request, you must enter the 2021-ICFO-30499 tracking number. If you need any further assistance or would like to discuss any aspect of your request, please contact the FOIA office. You may send an e-mail to ice-foia@ice.dhs.gov, call toll free (866) 633-1182, or you may contact our FOIA Public Liaison, Fernando Pineiro, in the same manner. Additionally, you have a right to right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.

Regards,

ICE FOIA Office
Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street, S.W., Stop 5009
Washington, D.C. 20536-5009
Telephone: 1-866-633-1182
Visit our FOIA website at www.ice.gov/foia